IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOEL RAY                                                                            PLAINTIFF

       v.                      CIVIL NO. 12-3156

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

**O R D E R**

On December 7, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. Subsequently, an order was issued directing Plaintiff to submit an amended *in forma pauperis* application. ECF No. 5. Pursuant to the order, Plaintiff submitted his amended *in forma pauperis* application on December 10, 2012. ECF No. 6. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 10th day of December 2012.

                                           /s/ *J. Marschewski*
                                       HONORABLE JAMES R. MARSCHEWSKI
                                       CHIEF UNITED STATES MAGISTRATE JUDGE