**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

JOEL RAY                                                                               PLAINTIFF

v.                                    Case No. 12-3156

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                         DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations (Doc.14) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 19th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE